**888**

**Norbert ZITT, Appellant,**

v.

**John Hayden BRIDGES, Jailer, Lyon County, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Anthony M. Wilhoit, Public Defender, David E. Murrell, Deputy Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Mark F. Armstrong, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**Jerry LONG, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Don H. Major, Mulhall, Major & Turner, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

**Daniel B. BURKE, Appellant,**

v.

**HATFIELD ELECTRIC COMPANY, INC., et al., Appellees.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

John F. Stewart, Segal, Isenberg, Sales & Stewart, Robert M. Lindsay, Louisville, for appellant.

Richard I. McIntosh, Woodward, Hobson & Fulton, Louisville, J. Keller Whitaker, Director of Workmen's Compensation Bd., Robert D. Hawkins, Counsel, Dept. of Labor Special Fund, Frankfort, for appellees.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**Deloris Rector CAUSEY, Appellant,**

v.

**Sam CAUSEY, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Thomas D. Shumate, Shumate, Shumate & Flaherty, Richmond, for appellant.

Caywood Metcalf, Lancaster, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

* Opinion ordered not to be published.